UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **RICHARD GILBERT GARCIA**, <br><br> Plaintiff, <br><br> v. <br><br> **UNITED STATES OF AMERICA**, <br><br> Defendant. | Case No: CV13-0112 TJH (DTBx) <br><br> **PROTECTIVE ORDER** <br><br> RE: Stipulation for Protective Order and for Order Requiring that Documents Containing Confidential Information be Filed Under Seal <br><br> Hon. David T. Bristow <br> United States Magistrate Judge |

1  This Court, having read and considered the parties' Stipulation for
2  Protective Order and for Order Requiring that Documents Containing Confidential
3  Information be Filed Under Seal, and finding good cause therefor, hereby
4  APPROVES the Stipulation.
5  The Court ORDERS that the parties comply with the terms set forth in the
6  Stipulation related to the protection and nondisclosure of confidential records and
7  information relevant to this litigation.
8  The Court further ORDERS any pleading publicly filed with the Court
9  which contains confidential records and information shall be filed under seal.

**IT IS SO ORDERED.**

Dated this 9th day of May 2014.

_____
**THE HONORABLE DAVID T. BRISTOW**
**UNITED STATES MAGISTRATE JUDGE**